UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ALLEN MURRAY,
Institutional ID No. 2089384

                    Plaintiff,

v.

                            No. 5:23-CV-00188-H

WARDEN MILLER, *et al.*,

                    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation (FCR) that the Court deny Plaintiff's motion for preliminary injunction

and temporary restraining order. Dkt. No. 37. Plaintiff did not object.[1] The District Court

made an independent examination of the record in this case and reviewed the Magistrate

Judge's report for plain error. Finding none, the Court accepts and adopts the findings,

conclusions, and recommendation of the United States Magistrate.

It is therefore ordered that Plaintiff's motion for injunctive relief, Dkt. No. 34, is

denied.

Dated January 14, 2025.

 

JAMES WESLEY HENDRIX
United States District Judge

---

[1] Plaintiff did not specifically object to the Magistrate Judge's recommendation that the Court deny injunctive relief. Dkt. No. 37. He did file objections to a separate FCR entered the same day, which addressed Plaintiff's underlying civil-rights claims. Dkt. Nos. 38, 41. The Magistrate Judge's second FCR, Dkt. No. 38, and Plaintiff's objections, Dkt. No. 41, remain pending before the Court and will be addressed in due course by separate order.